UNITED STATES DISTRICT COURT　　　SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
October 31, 2022
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| Danisha Henry, | § § § § § § § § § § § | |
| Plaintiff, | | |
| versus | | Civil Action H-20-4392 |
| The Progressive Corporation, | | |
| Defendant. | | |

## Final Dismissal

1. Neither party having moved for reinstatement, this case is dismissed with prejudice.

2. The court retains jurisdiction to enforce the settlement.

Signed on October 31, 2022, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge